UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

"IN ADMIRALTY"

SOUTHERN DRYDOCK, INC.,

   Plaintiff,

vs.                CASE NO. 3:07-cv-351-J-25HTS

M/V CORAL VISION (Official No.
1121576), her engines, tackle, apparel
and appurtenances, etc. *in rem*, and
MARINE SUPPORT SYSTEMS, LLC,
*in personam*,

   Defendants.

_____

**ORDER APPOINTING
SUBSTITUTE CUSTODIAN**

  This matter came to be heard upon the motion of the above named Plaintiff for the appointment of a substitute custodian and the Court having been advised that Southern Drydock, Inc., is now prepared to act as the substitute custodian, it is hereby

  ORDERED AND ADJUDGED,

  1. That the United States Marshal for the Middle District of Florida, be and is hereby relieved as custodian for the M/V CORAL VISION (Official No. 1121576).

  2. That Southern Drydock, Inc., is hereby appointed substitute custodian for the M/V CORAL VISION (Official No. 1121576) until further order of this Court. Southern Drydock, Inc.,

has filed a fully executed consent and indemnification agreement in accordance with Local Admiralty Rule 7.05(k)(3)(B).

    DONE AND ORDERED at Jacksonville, Florida, this 4th day of May, 2007

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record
    and pro se parties, if any

U.S. Marshal